### THE PEOPLE, on the relation of Richardson, *vs.* ONONDAGA C. P.

A defendant in error, against whom there is judgment for costs, is not subject to arrest or imprisonment, unless liable within the 4th section of the act to abolish imprisonment.

June 21.

THE Court decided in this case that a defendant in error, against whom there was a judgment for *costs*, on the reversal of a justice's judgment, removed into the common pleas by *certiorari*, was within the provisions of the first section of the act " to abolish imprisonment for debt," *Laws of* 1831, *p.* 396, and not subject to arrest or imprisonment, it appearing that

the suit in which the judgment was rendered was founded upon contract, unless it was shewn that he had subjected himself to arrest, within the provisions of the fourth section of that act.